No. 04–1517. RIDENOUR ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1519. JONES *v.* FULTON COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 04–1521. STILLEY *v.* DICKEY, CHIEF JUSTICE, SUPREME COURT OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1522. LAL *v.* PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 04–1523. LAL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–1524. RALPH *v.* MONSANTO CO. C. A. Fed. Cir. Certiorari denied.

No. 04–1526. CALLANAN *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–1529. SMITH *v.* 403 C STREET, LLC, ET AL. Ct. App. D. C. Certiorari denied.

No. 04–1535. PEACOCK ET UX. *v.* CITY OF MURPHY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 04–1536. JAFFE *v.* KAISER FOUNDATION HOSPITAL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–1539. KATZ *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–1540. HAPONIK, ACTING SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY *v.* FERNANDEZ. C. A. 2d Cir. Certiorari denied.

No. 04–1542. PCS NITROGEN FERTILIZER, L. P. *v.* SHAW CONSTRUCTORS, INC. C. A. 5th Cir. Certiorari denied.

No. 04–1547. SOUTHERN CALIFORNIA WATER CO. *v.* CALIFORNIA PUBLIC UTILITIES COMMISSION. Sup. Ct. Cal. Certiorari denied.